JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENIQUE WILLIAMS,<br><br>                  Plaintiff,<br><br>v.<br><br>O'GARA COACH, LLC, EVAN PAUL AUTO CAPITAL, LLC, MERCHANTS BONDING CO., and ROLLS-ROYCE MOTOR CARS N.A., LLC<br><br>                  Defendants. | Case No. 2:22-cv-02928-SB-JPR<br><br>**FINAL JUDGMENT** |

    For the reasons set forth in the Court's separate Order Granting In Part Defendants' Motions to Dismiss, Dkt. No. 83, it is:

    ORDERED AND ADJUDGED that Plaintiff Gwenique Williams take nothing on her 42 U.S.C. § 1985(3) claim for conspiracy to interfere with civil rights against Defendants O'Gara Coach, LLC, Evan Paul Auto Capital, LLC, Rolls-Royce Motor Cars N.A., LLC, and Merchants Bonding Company.  This claim is DISMISSED with

prejudice. It is further

ORDERED AND ADJUDGED that the remaining state-law claims are DISMISSED without prejudice to refiling in state court.

This is a Final Judgment.

Dated: July 18, 2022

Stanley Blumenfeld, Jr.
United States District Judge

2